In the Matter of FAIRCHILD SONS, INC., Appellant and Respondent, against ALLAN H. ROGERS, Building Inspector of the Village of Garden City, Respondent, and CHARLES G. REINHART, JR., et al., Constituting the Board of Trustees of the Village of Garden City, Respondents and Appellants.

(Argued November 27, 1934; decided December 31, 1934.)

*Almet Reed Latson* for petitioner. appellant and respondent.

*George L. Hubbell, Jr.*, for the Board of Trustees of the Village of Garden City, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.